IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW M. PHLIPOT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 14-383-RGA |
| ) | |
| G.R. JOHNSON, Warden, ) | |
| and ATTORNEY GENERAL OF ) | |
| THE STATE OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

## AEDPA ELECTION FORM

1. _____  I wish the court to rule on my § 2254 application as currently pending. I realize that the law does not allow me to file successive or later applications unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this application will be my one opportunity to seek federal habeas corpus relief.

2. __X__  I wish to amend my § 2254 application to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later applications unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive application will be my one opportunity to seek federal habeas corpus relief.

    *\* Please see included letter involving a motion to compel.*

3. _____  I wish to withdraw my § 2254 application

        without prejudice to file one all-inclusive application in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). *See Swartz v. Meyers*, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner

IM: Matthew Phipps   BLDG: MCI East
SUSSEX CORRECTIONAL INSTITUTION   00595824
P.O. BOX 500
GEORGETOWN, DELAWARE, 19947

Office of the Clerk
United States District Court
844 N. King Street, Unit 18
Wilmington, Delaware
19801-3570



WILMINGTON DE
26 JUN 2014 PM 1 L

$0.48
US POSTAGE
FIRST-CLASS
071V00674990
19947
000009751

U.S.M.S X-RAY

19801 3570