IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW M. PHLIPOT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 14-383-RGA |
| | ) |
| G.R. JOHNSON, Warden, | ) |
| and ATTORNEY GENERAL OF | ) |
| THE STATE OF DELAWARE, | ) |
| | ) |
| Respondents. | ) |

Dear Honorable Judge Richard G. Andrews,

    I want to take this opportunity to remind you that I have submitted a *motion to compel* in this court. The e-mails that I requested in the motion will create new grounds for my federal habeas corpus relief. I know for a fact that the e-mails I am compelling for will prove the current grounds I have filed. Since long before I filed my Rule 61(post-conviction relief), which is what my habeas is for, I have been trying to get the e-mails I am compelling for. Without the e-mails I have been trying to fight my legal battle without a complete case file. It is my belief that my trial counsel is trying to keep me away from the e-mails due to their contents and what they will prove. With that being said I would like for an extension of time. The extension of time I am asking for is thirty(30) days after receiving the e-mails to amend the habeas.

    According to what I have read I have no belief that my habeas is time barred. If for some reason I read the "AEDPA" wrong I would like a chance to prove I should not be time barred. Also, I would like the opportunity to prove that in the interest of justice and the truth the time bar should not apply.

Thank-you for your time and consideration,

*Matthew Phlipot*

Matthew Phlipot #00595824
Merit East
Sussex Correctional Institution
P.O. Box 500
Georgetown, Delaware 19947